UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **KRISTIN IBARRA JOSE,** individually and on behalf of all others similarly situated, | Case No. 18-CV-01680-JPH-DML<br><br>CLASS ACTION |
| **Plaintiff,** | |
| v. | |
| **ENHANCED RECOVERY COMPANY, LLC,** | |
| **Defendant.** | |

### STIPULATION TO DISMISS COUNT IV OF
### AMENDED CLASS ACTION COMPLAINT

WHEREAS, Plaintiff filed an Amended Class Action Complaint in the above-captioned action on December 20, 2018 (ECF 44);

WHEREAS, Defendant filed an Answer to the Amended Complaint on February 21, 2019 (ECF 57);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that:

1. Count IV of Plaintiff's Amended Complaint shall be dismissed with prejudice and without costs.

2. This Stipulation may be executed in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be deemed to be an original but all of which taken together shall constitute one and the same Stipulation.

Dated: June 13, 2019     By:  */s/ Larissa G. Nefulda*
Stephen H. Turner (Admitted Pro Hac Vice)
Larissa G. Nefulda (Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
Email: Stephen.Turner@lewisbrisbois.com
Larissa.Nefulda@lewisbrisbois.com

Patrick B. Healy
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
909 Wrights Summit Parkway, Suite 230
Ft. Wright, KY 41011
(859) 663-9830 Tel
Email: patrick.healy@lewisbrisbois.com

Attorneys for Defendant,
Enhanced Recovery Company, LLC


DATED: June 13, 2019

By:  */s/ David A. Searles*
James A. Francis
David A. Searles
**FRANCIS & MAILMAN, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
215-735-8600
Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

John Thomas Steinkamp
**JOHN T. STEINKAMP AND ASSOCIATES**
5214 S. East Street, Suite D-1
Indianapolis, IN 46227
(317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com

Attorneys for Plaintiff and the Class

**APPROVED AND SO ORDERED:**

_____  **Date:**
**DEBRA McVICKER LYNCH**
**UNITED STATES MAGISTRATE JUDGE**

3